IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br>PLAINTIFF,<br><br>V.<br><br>CENTURYTEL BROADBAND<br>SERVICES, LLC D/B/A CENTURYLINK<br>AND QWEST CORP. D/B/A<br>CENTURYLINK QC,<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§ CAUSE NO. A-13-CV-118-LY<br>§<br>§<br>§<br>§<br>§ |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE AND STAYING ACTION

**IT IS ORDERED** that the above-entitled and numbered cause is set for **Initial Pretrial Conference** in Courtroom No. 7, Seventh Floor, the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **May 23, 2013 at 10:00 a.m.**

The parties are relieved of the obligation to file a proposed scheduling order, pending further order of the Court, but should be prepared to discuss scheduling at the Initial Pretrial Conference.

**IN ALL OTHER RESPECTS** this action is **STAYED,** pending further order of the Court.

SIGNED this **16th** day of May, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE